This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**BUTLER ENTERPRISES, INC.,**

Plaintiff-Appellant,

v.                                                                    **NO. 32,627**

**HI-COUNTRY CHEVROLET, INC.,**
**and JEFF THOMAS,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Robert A. Aragon, District Judge**

Miller Stratvert P.A.
Dylan O'Reilly
Luke A. Salganek
Farmington, NM

for Appellant

Tucker, Burns, Yoder & Hatfield
Gregory M. Tucker
Farmington, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

Plaintiff appeals an order denying its motion to reinstate its case after the case was dismissed for failure to prosecute. In our notice of proposed summary disposition, we proposed to reverse. Defendants have filed a memorandum in which they now concede that Plaintiff's case should have been reinstated. They therefore do not oppose summary reversal. Accordingly, for the reasons stated in our notice of proposed summary disposition, we reverse.

**IT IS SO ORDERED.**

_____

**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**CYNTHIA A. FRY, Judge**